**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| v. | : 04-MJ-2006 |
| | : |
| **CHARLOTTE GONZALEZ,** | : |
| Defendant. | : |

_____

### ORDER

This cause, having come on for consideration on motion of the United States of America, in accordance with the provisions of 18 U.S.C. §3573 (amended November 18, 1988) for remission of the **$475.00** unpaid fine balance imposed on June 30, 2004 in this case; and the Court having considered the motion, is of the opinion that the motion is well taken, and the **$475.00** unpaid fine balance imposed on June 30, 2004 against the above-named Defendant is hereby remitted.

**THUS DONE AND SIGNED** this 21st day of May, 2012, at Buffalo, New York.

　　　　　　　　　　　　　　　　　　/s Hugh B. Scott
　　　　　　　　　　　　　　　　　　HONORABLE HUGH B. SCOTT
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE